744 A.2d 1205

IN THE MATTER OF THE GRANT OF THE CHARTER
SCHOOL APPLICATION OF ENGLEWOOD ON
THE PALISADES CHARTER SCHOOL.

IN THE MATTER OF THE GRANT OF THE CHARTER SCHOOL
APPLICATION OF THE CLASSICAL ACADEMY CHARTER
SCHOOL CLIFTON, PASSAIC COUNTY,IN THE MATTER OF
THE GRANT OF THE CHARTER SCHOOL APPLICATION OF
THE FRANKLIN CHARTER, SOMERSET.

(CLIFTON BOARD OF EDUCATION—PETITIONER).

October 29, 1999.

Granted.

744 A.2d 1205

IN THE MATTER OF THE GRANT OF THE CHARTER
SCHOOL APPLICATION OF ENGLEWOOD ON
THE PALISADES CHARTER SCHOOL.

IN THE MATTER OF THE GRANT OF THE CHARTER SCHOOL
APPLICATION OF THE CLASSICAL ACADEMY CHARTER
SCHOOL CLIFTON, PASSAIC COUNTY,IN THE MATTER OF
THE GRANT OF THE CHARTER SCHOOL APPLICATION OF
THE FRANKLIN CHARTER SCHOOL SOMERSET,(ENGLE-
WOOD CITY BOARD OF EDUCATION—PETITIONER).

October 29, 1999.

Granted.